UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JENNIFER LEE** | **CIVIL ACTION NO:**_____ |
| **VERSUS** | **SECTION:** _____ |
| **OUTBACK STEAKHOUSE OF FLORIDA, LLC D/B/A OUTBACK STEAKHOUSE A/K/A BLOOMIN' BRANDS, INC.** | **MAGISTRATE JUDGE:** _____ |

**NOTICE OF REMOVAL**

Defendant, Outback Steakhouse of Florida, L.L.C., gives this Notice of Removal of this civil action, No. 613,457, in the 1st Judicial District Court for the Parish of Caddo, State of Louisiana, to this Honorable Court pursuant to 28 U.S.C. §§ 1441 and 1446. In support of this Notice of Removal, defendants represent as follows:

*The Parties*

1.

The Plaintiff in this action is Jennifer Lee, who is domiciled in the Parish of Caddo, State of Louisiana. The defendant in this action is Outback Steakhouse of Florida, L.L.C. (improperly named in plaintiff's Petition for Damage as Outback Steakhouse of Florida, LLC d/b/a Outback Steakhouse a/k/a Bloomin Brands, Inc.). Outback Steakhouse of Florida, LLC is a Florida limited liability company. Its sole member is OSI Restaurant Partners, LLC, a Delaware limited liability company with its principal place of business in Florida. OSI's sole member is OSI HoldCo, Inc., a Delaware corporation with its principal place of business in Florida. OSI HoldCo, Inc. is a wholly-owned subsidiary of OSI HoldCo I, Inc., a Delaware Corporation with a principal place of business in Florida. OSI HoldCo I, Inc. is a wholly-owned subsidiary of OSI HoldCo II, Inc., a Delaware Corporation with a principal place of business in Florida. OSI HoldCo II, Inc. is a

wholly-owned subsidiary of Bloomin' Brands, Inc., a Delaware Corporation with a principal place of business in Florida.

### *State Court Process*

2.

On December 20, 2018, Plaintiff sued Defendant for personal injury. The petition was filed in the 1st Judicial District Court for the Parish of Caddo, Division C, Suit No. 613,457 (attached as Exhibit A). On February 5, 2019, Defendant, Outback Steakhouse of Florida, LLC, filed an Answer to the Petition for Damages in the State Court action (attached as Exhibit B), a Request for Notice (attached as Exhibit C), and a Jury Order (which was signed on February 7, 2019, attached as Exhibit D).

3.

Counsel for Defendant and Plaintiff had informal discussions relative to a potential initial settlement soon after the answer was filed. In connection with this discussion, counsel for plaintiff provided some medical bills and records on March 21, 2019 via email (See Exhibit E, email from plaintiff attorney containing medical bill break down – attachments not included in Exhibit). On March 29, 2019, plaintiff's attorney also notified defense attorney that plaintiff was a resident of Caddo Parish, Louisiana (see Exhibit F).

### *Basis for Removal*

4.

Removal to the United States District Court for the Western District of Louisiana is proper because the controversy arises out of a dispute with an amount in controversy that exceeds $75,000.00, and the plaintiff and defendant have diverse citizenship. 28 U.S.C. § 1441(b). The assertion that the amount in controversy exceeds $75,000.00 is based upon the information

received in plaintiff's email of March 21, 2019, attached as Exhibit E. As can be seen in Exhibit E, Plaintiff's medical bills alone are in excess of $75,000.00. While the medical causation for these claims are in dispute, it is clear the medical bills and general damages portion of plaintiff's case would exceed the value of $75,000.00, if proven.

### *Jurisdiction and Removal Procedure*

4.

This Court has original jurisdiction over this action under 28 U.S.C. §1332, and removal of this action to this Court is proper under 28 U.S.C. §1441.

5.

The jurisdictional facts alleged in this *Notice of Removal* was made known to the defendant on March 29, 2019, and still exist at the time of the filing of this Notice.

6.

Defendant files this *Notice of Removal* upon learning of these facts which confirm the amount in controversy exceeds $75,000.00 and which confirms plaintiff's domiciliary status within the 30-day time period required by 28 U. S.C. §1446(b)(3).

7.

All pleadings, process, orders and other filings in the State Court Action are attached to this notice as required by 28 U.S.C. §1446(a).

8.

Defendant will promptly file a copy of this Notice of Removal with the clerk of the state court where the State Court Action has been pending.

9.

The Western District of Louisiana is the federal judicial district embracing the 1st Judicial

District Court for the Parish of Caddo, State of Louisiana, the parish in which the State Court Action has been filed and is pending. Therefore, this action is properly removed to this District Court under 28 U.S.C. §98(a) and 28 U.S.C. §1441.

## *Reservation of Defenses*

10.

Defendant expressly reserves all rights, defenses, and objections that they could still raise in the State Court Action, including those that may be asserted by exception or motion.

**WHEREFORE,** Defendant, Outback Steakhouse of Florida, LLC, prays that the proceeding filed in the 1st Judicial District Court for the Parish of Caddo, Division C, Suit No. 613,457, be removed to the United States District Court for the Western District of Louisiana.

Respectfully submitted:

**NODIER LAW, LLC**

BY: *s/Matthew C. Nodier*
**MATTHEW C. NODIER, LSBA# 25807**
781 B Colonial Drive
Baton Rouge, Louisiana 70806
mcnodier@nodierlaw.com
Telephone: (225) 448-2267
Facsimile: (225) 636-2099

## CERTIFICATE OF SERVICE

I hereby certify that on April 4, 2019, a copy of the foregoing *Notice of Removal* was filed electronically with the Clerk of Court using the CM/ECF system.  Notice of the filing will be sent to the following by operation of the court's electronic filing system.

    Zachary A. Shadinger, LLC
    Attorney at Law
    2123 Shed Road
    Bossier City, LA  71111
    zach@zshadlaw.com

                              */s/Matthew C. Nodier*
                              Matthew C. Nodier